

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

CHAMBERS
OF
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802
TEL 217-974-7510
FAX 217-373-5855
COLIN_BRUCE@ILCD.USCOURTS.GOV

In response to your question, I cannot provide you with further a definition.

Please re-read the instructions and continue to deliberate.

s/Colin S. Bruce

Colin S. Bruce
United States District Judge