UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| FELITA McGEE, as Independent Administrator of the Estate of MICHAEL CARTER, SR., deceased, and as next-of-kin,<br><br>Plaintiff,<br><br>v.<br><br>MACON COUNTY SHERIFF'S DEPARTMENT and RANDELL WEST,<br><br>Defendants. | Case No. 16-CV-2221<br><br>FILED<br>APR 17 2025<br>CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, ILLINOIS |

## JURY VERDICT

On Plaintiff's battery claim against Defendant Randell West (and the Macon County Sheriff's Department as West's employer), we, the jury, find in favor of:

(CHECK ONE)   Plaintiff _____   Defendant __X__

If you have found that Defendant West is liable on the battery claim, then you must determine if Plaintiff is entitled to compensatory damages on that count.

If, however, you have found that Defendant West is not liable on that count, then you will not award compensatory damages.

We assess compensatory damages against Defendant, if any, in the following amount:

$ _____

If you have awarded compensatory damages against Defendant West, you may also determine if Plaintiff is entitled to punitive damages. Please complete the following section only if you assess punitive damages against Defendant West:

We assess punitive damages against Defendant, if any, in the following amount:

$ _____

*(continued on next page)*

Fill in the date, and each juror must sign the form.

Date: 4/17/25

Juror signatures:

s/Redacted
Presiding Juror

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted