AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
MAY - 1 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MCGEE
V.
MACON COUNTY SHERIFF'S DEPARTMENT
ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 16-2221

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Colin S. Bruce | Rahsaan Gordon | Matthew Knight/Ryan Brad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/8/2025 – 4/17/2025 | LC | DS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 23 | 4/10/2025 | X | X | Macoun County Sheriff's Office Medical Maintenance Card dated 7/13/2015 for Michael Carter   *Not to Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.